| Company | Period Begin | Division | | | | | | 7 South Broad Street |
|---|---|---|---|---|---|---|---|---|
| F398 | 9/14/2009 | | | | | | | |
| Number | Period End | Branch | | | | | | |
| 31 | 9/27/2009 | | | | | | | |
| Social Security # | Check Number | Department | | | | | | |
| 9614 | -99962224 | 410140 | | | | | | |
| Hire Date | Check Date | Team | | | | | | |
| 6/8/2003 | 10/2/2009 | | | | | | | |

## Earnings

| Description | Location/Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 29.02 | 80.00 | 2321.92 | 45509.63 |
| Overtime | | 43.54 | 4.50 | 195.91 | 1676.13 |
| Holiday OT (X1.5) | | | | | 870.72 |
| Holiday Double Time | | | | | 696.58 |
| Smooth Operator | | | | | 783.64 |
| WSD Event | | 27.50 | 3.75 | 103.13 | 103.13 |
| Hearing OT (1.5) | | | | | 816.29 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/1) (2489.91) | 244.83 | 4740 |
| OASDI (2620.96) | 162.50 | 3128 |
| Medicare (2620.96) | 38.00 | 731 |
| PA (SM/0) (2620.96) | 80.46 | 1549 |
| PA-EE SUI (2620.96) | 1.57 | 30 |
| Lancaster 1% (2620.96) | 26.21 | 504 |
| Lititz Boro LST (2620.96) | | 10 |
| Police Assoc XXXX | 3.00 | 60 |
| Police Pension | 131.05 | 2522 |
| Net Pay DD 00590XXXX | 1933.34 | 37179 |

| | | Hours | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|---|
| Total Earnings | | 88.25 | 2620.96 | 50456.12 | Total Deductions | 2620.96 | 50456 |
| NET PAY | 1936.34 | Total Direct Deposits | 1936.34 | Check Amount | | 0.00 | 0 |

---

**Lititz Borough**
7 South Broad Street
Lititz, PA 17543

PNC Bank
South Central, PA

Check Date 10/2/2009     Check Number Memo

$ * * * * * * * * * * * *

Pay   *No Dollars and No Cents*

To the Order of:
         410140                    31  -99962224       PAY ONLY  0 00 CTS CTS
**Stephen M Detz**                 NON NEGOTIABLE
552 Wood Duck Drive
Manheim, PA 17545

Authorized Signature

**Stephen M Detz**

| | | | |
|---|---|---|---|
| Company F398 | Period Begin 9/28/2009 | Division | |
| Number 31 | Period End 10/11/2009 | Branch | |
| Social Security # 9614 | Check Number -99961900 | Department 410140 | |
| 6/8/2003 | Check Date 10/16/2009 | Team | |

Lititz Borough — 7 South Broad Street, Lititz, PA 17543

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 29.02 | 80.00 | 2321.92 | 47831.55 |
| Overtime | | | | | 1676.13 |
| Holiday OT (X1.5) | | | | | 870.72 |
| Holiday Double Tim | | | | | 696.58 |
| Smooth Operator | | | | | 783.64 |
| WSD Event | | 27.50 | 4.25 | 116.88 | 220.01 |
| Hearing OT (1.5) | | | | | 816.29 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/1) (2316.86) | 218.88 | 4958.88 |
| OASDI (2438.80) | 151.21 | 3279.50 |
| Medicare (2438.80) | 35.36 | 766.98 |
| PA (SM/0) (2438.80) | 74.87 | 1623.87 |
| PA-EE SUI (2438.80) | 1.46 | 31.73 |
| Lancaster 1% (2438.80) | 24.39 | 528.96 |
| Lititz Boro LST (2438.80) | | 10.00 |
| Police Assoc XXXX | 3.00 | 63.00 |
| Police Pension | 121.94 | 2644.76 |
| Net Pay DD 00590XXXX | 1807.69 | 38987.24 |

| | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|
| Total Earnings | 84.25 | 2438.80 | 52894.92 Total Deductions | 2438.80 | 52894.92 |
| NET PAY | 1810.69 Total Direct Deposits | 1810.69 Check Amount | 0.00 | 0.00 |

---

**Lititz Borough**
7 South Broad Street
Lititz, PA 17543

PNC Bank
South Central, PA
60-1273
313

Check Date 10/16/2009   Check Number Memo

**Pay** *No Dollars and No Cents*

$ * * * * * * * * * * * *

To the Order of:
410140                    31  -99961900    PAY ONLY 0 00 CTS CTS
**Stephen M Detz**                NON NEGOTIABLE
552 Wood Duck Drive
Manheim, PA 17545

Authorized Signature

## Stephen M Detz

**Lititz Borough**
7 South Broad Street
Lititz, PA 17543

| Company | Period Begin | Division |
|---|---|---|
| F398 | 10/26/2009 | |
| Number | Period End | Branch |
| 31 | 11/8/2009 | |
| Social Security # | Check Number | Department |
| 9614 | -99961020 | 410140 |
| Hire Date | Check Date | Team |
| 5/8/2003 | 11/13/2009 | |

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 29.02 | 80.00 | 2321.92 | 52475.39 |
| Overtime | | 43.54 | 4.50 | 195.91 | 1872.04 |
| Holiday OT (X1.5) | | | | | 870.72 |
| Holiday Double Tim | | | | | 696.58 |
| Smooth Operator | | | | | 783.64 |
| Education | | | | | 600.00 |
| Longevity | | | | | 603.70 |
| WSD Event | | | | | 316.26 |
| Hearing OT (1.5) | | | | | 816.29 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/1) (2391.94) | 230.14 | 5447.83 |
| OASDI (2517.83) | 156.11 | 3660.17 |
| Medicare (2517.83) | 36.51 | 856.00 |
| PA (SM/0) (2517.83) | 77.30 | 1812.36 |
| PA-EE SUI(2517.83) | 1.51 | 35.41 |
| Lancaster 1%(2517.83) | 25.18 | 590.36 |
| Lititz Boro LST(2517.83) | | 10.00 |
| Police Assoc XXXX | 3.00 | 69.00 |
| Police Pension | 125.89 | 2951.75 |
| Net Pay DD 00590XXXX | 1862.19 | 43601.74 |

| | | Current | Year To Date |
|---|---|---|---|
| **Total Earnings** | 84.50 | 2517.83 | 59034.62 |
| **NET PAY** | 1865.19 | | |
| **Total Direct Deposits** | | 1865.19 | |
| **Total Deductions** | | 2517.83 | 59034.62 |
| **Check Amount** | | 0.00 | 0.00 |

---

**Lititz Borough**
7 South Broad Street
Lititz, PA 17543

PNC Bank
South Central, PA

60-1273
313

**Check Date** 11/13/2009   **Check Number Memo**

Pay   No Dollars and No Cents

$************

To the Order of:
410140        31   -99961020     PAY ONLY   0 00  CTS CTS

**Stephen M Detz**
552 Wood Duck Drive
Manheim, PA 17545

NON NEGOTIABLE

Authorized Signature

**Stephen M Detz**

Company: F398
Period Beg: 11/9/2009
Number: 31
Period End: 11/22/2009
Social Security #: 3614
Check Number: -99960698
Department: 410140
Hire Date: 9/8/2003
Check Date: 11/25/2009

**Lititz Borough**

7 South Broad Street
Lititz, PA 17543

HAPPY THANKSGIVING

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 29.02 | 71.00 | 2060.70 | 54536.09 |
| Overtime | | 43.54 | 2.50 | 108.84 | 1980.88 |
| Holiday OT (X1.5) | | 43.54 | 9.00 | 391.82 | 1262.54 |
| Holiday Double Tim | | | | | 696.58 |
| Smooth Operator | | | | | 783.64 |
| Education | | | | | 600.00 |
| Longevity | | | | | 603.70 |
| WSD Event | | | | | 316.26 |
| Hearing OT (1.5) | | | | | 816.29 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/1) (2433.29) | 236.34 | 5684.17 |
| OASDI (2561.36) | 158.80 | 3818.97 |
| Medicare (2561.36) | 37.14 | 893.14 |
| PA (SM/0) (2561.36) | 78.63 | 1890.99 |
| PA-EE SUI(2561.36) | 1.54 | 36.95 |
| Lancaster 1%(2561.36) | 25.61 | 615.97 |
| Lititz Boro LST(2561.36) | | 10.00 |
| Police Assoc XXXX | 3.00 | 72.00 |
| Police Pension | 128.07 | 3079.82 |
| Net Pay DD 00590XXXX | 1892.23 | 45493.97 |

| Total Earnings | | 82.50 | 2561.36 | 61595.98 | Total Deductions | 2561.36 | 61595.98 |
|---|---|---|---|---|---|---|---|
| **NET PAY** | 1895.23 | **Total Direct Deposits** | | 1895.23 | **Check Amount** | 0.00 | 0.00 |

---

**Lititz Borough**
7 South Broad Street
Lititz, PA 17543

PNC Bank
South Central, PA
60-1273
313

Check Date 11/25/2009    Check Number Memo

$ * * * * * * * * * * * *

Pay  *No Dollars and No Cents*

To the Order of:
410140
31  -99960698
PAY ONLY  00 CTS CTS
NON NEGOTIABLE

**Stephen M Detz**
552 Wood Duck Drive
Manheim, PA 17545

Authorized Signature

**Lititz Borough**
7 South Broad Street
Lititz, PA 17543

Stephen M Detz

| Company | Period Begin | Division |
|---|---|---|
| F398 | 11/23/2009 | |
| Number | Period End | Branch |
| 31 | 12/6/2009 | |
| Social Security # | Check Number | Department |
| -9614 | -99960397 | 410140 |
| Hire Date | Check Date | Team |
| 6/8/2003 | 12/11/2009 | |

### Earnings

| Description | Location/Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Regular | | 29.02 | 68.00 | 1973.63 | 56509.72 |
| Overtime | | 43.54 | 3.75 | 163.26 | 2144.14 |
| Holiday OT (X1.5) | | 43.54 | 12.00 | 522.43 | 1784.97 |
| Holiday Double Tm | | | | | 696.58 |
| Smooth Operator | | | | | 783.64 |
| Education | | | | | 600.00 |
| Longevity | | | | | 603.70 |
| WSD Event | | | | | 316.26 |
| Hearing OT (1.5) | | | | | 816.29 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/1) (2526.35) | 250.30 | 5931 |
| OASDI (2659.32) | 164.86 | 3981 |
| Medicare (2659.32) | 38.56 | 931 |
| PA (SM/0) (2659.32) | 81.64 | 1971 |
| PA-EE SUI (2659.32) | 1.60 | 3 |
| Lancaster 1% (2659.32) | 26.59 | 641 |
| Lititz Boro LST (2659.32) | | 1 |
| Police Assoc XXXX | 3.00 | 7 |
| Police Pension | 132.97 | 321 |
| Net Pay DD 00590XXXX | 1959.78 | 4745 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| Total Earnings | 83.75 | 2659.32 | 64255.30 | Total Deductions | 2659.32 | 6425 |
| **NET PAY** | | 1962.78 | **Total Direct Deposits** 1962.78 | **Check Amount** | 0.00 | |

---

**Lititz Borough**
7 South Broad Street
Lititz, PA 17543

PNC Bank
South Central, PA    60-12/3    313

Check Date 12/11/2009    Check Number Memo

$ * * * * * * * * * * * *

Pay  No Dollars and No Cents

To the Order of:
410140    31   -99960397

**Stephen M Detz**
552 Wood Duck Drive
Manheim, PA 17545

PAY ONLY    00 CTS CTS

NON NEGOTIABLE

Authorized Signature

Stephen M Detz

| Company | Period Begin | Division |
|---|---|---|
| F303 | 12/7/2009 | |
| Number | Period End | Branch |
| 31 | 12/20/2009 | |
| Social Security # | Check Number | Department |
| 9614 | -99960074 | 410140 |
| Hire Date | Check Date | Team |
| 6/8/2003 | 12/23/2009 | |

Lititz Borough – 7 South Broad Street – HAVE A NICE HOLIDAY

### Earnings

| Description | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|
| Regular | 29.02 | 60.00 | 1741.92 | 58831.64 |
| Overtime | 43.54 | 0.50 | 21.77 | 2165.91 |
| Holiday OT (X1.5) | | | | 1784.97 |
| Holiday Double Time | 58.05 | 3.00 | 174.14 | 870.72 |
| Smooth Operator | | | | 783.64 |
| Education | | | | 600.00 |
| Longevity | | | | 603.70 |
| WSD Event | | | | 316.26 |
| Hearing OT (1.5) | | | | 816.29 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| Fed (M/1) (2391.94) | 230.14 | |
| OASDI (2517.83) | 156.11 | |
| Medicare (2517.83) | 36.51 | |
| PA (SM/0) (2517.83) | 77.30 | |
| PA-EE SUI (2517.83) | 1.51 | |
| Lancaster 1% (2517.83) | 25.18 | |
| Lititz Boro LST (2517.83) | 3.00 | |
| Police Assoc XXXX | | |
| Police Pension | 125.89 | |
| Net Pay DD 00590XXXX | 1862.19 | 49 |

|  | Current | YTD | | | |
|---|---|---|---|---|---|
| | 83.50 | 2517.83 | 66773.13 | Total Deductions | 251 |
| Total Earnings | | 1865.19 | Total Direct Deposit | 1865.19 Check Amount | 0.00 |
| NET PAY | | | REMOVE DI... | | |

---

Lititz Borough  
7 South Broad Street  
Lititz, PA 17543

PNC Bank  
South Central, PA  
60-1273 / 313

Check Date 12/23/2009    Check Number Memo

Pay   No Dollars and No Cents

$************

PAY ONLY ZERO 0 00 CTS CTS

To the Order of: 410140    31 -99960074

**Stephen M Detz**  
552 Wood Duck Drive  
Manheim, PA 17516

NON NEGOTIABLE

Authorized Signature