WWR# 08105655

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>STEPHEN M. DETZ<br>TERESA D. DETZ<br>　　　　　　　　Debtors<br><br>CITIZENS BANK OF PENNSYLVANIA<br>　　　　　　　　Movant | CASE NO. 09-30010-BIF<br>CHAPTER 7<br><br><br><br>**Hearing Date: 02/17/10**<br>**Hearing Time: 9:30 a.m.** |

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtor, Teresa D. Detz, produce for inspection by the undersigned attorney for the Movant the following:

2. If you deny any or all of the subsections under Movant's Request for admission No. 1:

    Canceled checks, receipts, proof of money orders, or other documentation evidencing that the pre-petition payments due from August 29, 2009 through and including December 29, 2009, were tendered to Movant.

3. Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 2.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　　　/s/ Holly C. Thurman
　　　　　　　　　　　　　　　Holly C. Thurman
　　　　　　　　　　　　　　　1400 Koppers Building
　　　　　　　　　　　　　　　436 7th Avenue
　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　(412) 434-7955    (412) 434-7959 fax

　　　　　　　　　　　　　　　Attorney for Movant